**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-1865**

_____

KARIN MARIE KENDRICK, Esq., Pro Se,

        Plaintiff - Appellant,

    v.

HON. COLLEEN A. CAVANAUGH, Baltimore County Orphan's Court;
HON. GRACE G. CONNOLLY, Register of Wills, Baltimore County;
HON. JULIE L. ENSOR; HON. R. JAY FISHER, Sheriff, Baltimore
County; OFFICERS JOHN AND JANE DOE, of the Baltimore County
Sheriff's Office; STATE OF MARYLAND,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Catherine C. Blake, District Judge.
(1:10-cv-02207-CCB)

_____

Submitted:  March 19, 2012        Decided:  March 29, 2012

_____

Before KING and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Karin Marie Kendrick, Appellant Pro Se.  Hugh Scott Curtis,
OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland,
for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Karin Marie Kendrick appeals the district court's order dismissing her 42 U.S.C. § 1983 (2006) action as barred by absolute judicial immunity, derivative judicial immunity, and sovereign immunity. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Kendrick v. Cavanaugh, No. 1:10-cv-02207-CCB (D. Md. July 14, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED